Yoon-Mi Ko (Bar No. 253594)
LEE, LAU & KO, ATTORNEYS AT LAW
5670 Wilshire Boulevard, Suite 720
Los Angeles, California 90036
Telephone: 213.605.0200
Facsimile: 213.947.1411
yko@llkattorneys.com

Attorneys for Debtor Felix D. Gonzalez

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>FELIX D. GONZALEZ,<br><br>   Debtor<br>_____<br>FELIX D. GONZALEZ,<br><br>   Movant,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, Its Heirs, Successors, and Assigns,<br><br>   Respondents. | Case No.: 2:10-bk-26013-VK<br><br>Chapter 13<br><br>**NOTICE OF HEARING AND MOTION FOR VALUATION OF DEBTOR'S RESIDENCE AND AVOIDANCE OF JUNIOR TRUST DEED**<br><br>Date: June 2, 2010<br>Time: 2:30pm<br>Court: 255 E. Temple Street, Ste 1675<br>       Los Angeles, CA 90012 |

**TO BAC HOME LOANS SERVICING, LP, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that on June 2, 2010 at 2:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 1675 of the above entitled Court located at Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, CA 90012. FELIX D. GONZALEZ, an Individual (hereafter "DEBTOR"), the debtor in the above-captioned chapter 13 case, shall and do hereby, move the Court pursuant to 11 U.S.C. §§506(a) and 1325(a)(5)(B) and

1  In re Lam (<u>Lam vs. Investors Thrift</u>), 211 B.R. 36 (9th Cir. BAP 1997), for a determination of the
2  secured value of the real property located at 1403 Cedaredge Ave., Los Angeles, CA 90041,
3  Legal Description LOT 26 OF TRACT NO. 8156, IN THE CITY OF LOS ANGELES,
4  COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN
5  BOOK 101 PAGES 51 AND 52 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER
6  OF SAID COUNTY, Assessor's Parcel Number 5691-014-025 (hereinafter "REAL
7  PROPERTY") to be $621,000 based on an appraisal as of April 7, 2010, and stay post petition
8  payments by the Debtors, and treat the second priority lien of BAC Home Loans Servicing, LP
9  ("BAC" or "RESPONDENT") in the amount of $135,402.47 as wholly unsecured for the
10 purposes of plan confirmation.

11     This request is made on the grounds that the value of the REAL PROPERTY is less than
12 the first priority trust of BAC Home Loans Servicing, LP in the amount of approximately
13 $19,138.78 and therefore the REAL PROPERTY no longer has equity adequate to fully secure
14 both encumbrances, resulting in the second priority lien of Respondent being 100% unsecured
15 and not entitled to treatment under the DEBTOR'S proposed Chapter 13 Plan as a secured
16 creditor for the full amount of its purported claim. This request is made on further grounds set
17 forth in the attached *Memorandum of Points and Authorities,* and *Declaration of Felix D.*
18 *Gonzalez* in support thereof, and on such further grounds as may be presented in oral arguments
19 before this Court or upon Reply to any opposition filed in response to this Motion.

20     PLEASE TAKE FURTHER NOTICE that pursuant to *Local Bankruptcy Rule* 9013-1,
21 any party opposing the relief sought by the Motion must file a written opposition setting forth the
22 facts and law upon which the opposition is based and must appear at the hearing on the Motion.
23 Any factual allegations set forth in such written response must be supported by competent and
24 admissible evidence. Any response or opposition to the Motion must be filed with the Court and
25 served on the DEBTOR'S counsel not later than fourteen (14) days after service of the motion (if
26 personally served) or seventeen (17) days prior to the scheduled hearing date on the Motion (not
27 excluding Saturdays, Sundays, or legal holidays). Such response, if any, must be served on the
28 DEBTOR'S counsel at the address noted in the upper left-hand corner of the first page of this

1  notice. Pursuant to Local Bankruptcy Rule, 9014-4(f), any response not timely filed and served

2  may be deemed by the Court to be consent to the granting of the relief requested by the Motion.

3  DATED: April 27, 2010                LEE, LAU & KO, ATTORNEYS AT LAW

5                                        By:  /s ecf Yoon-Mi Ko
                                              Yoon-Mi Ko
6                                             Attorneys for Debtor Felix D. Gonzalez