| In re: | | CHAPTER: **13** |
|---|---|---|
| **Felix D. Gonzalez** | Debtor(s). | CASE NUMBER: **2:10-bk-26013-VK** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5670 Wilshire Blvd., Suite 720, Los Angeles, CA 90036

True and correct copies of the foregoing documents described as follows will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**NOTICE OF HEARING AND MOTION FOR VALUATION OF DEBTOR'S RESIDENCE AND AVOIDANCE OF JUNIOR TRUST DEED**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR VALUATION OF DEBTOR'S RESIDENCE AND AVOIDANCE OF JUNIOR TRUST DEED**

**DECLARATON OF FELIX D. GONZALEZ IN SUPPORT OF MOTION FOR VALUATION OF DEBTOR'S RESIDENCE AND AVOIDANCE OF JUNIOR TRUST DEED**

**[PROPOSED] ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served):
On **April 28, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 28, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Victoria S. Kaufman, U.S. Bankruptcy Court**
**255 E. Temple Street, Courtroom 1675, Los Angeles, CA  90012**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2010 | **YOON-MI KO** | */s/ Yoon-Mi Ko* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 9013-3.1**
Best Case Bankruptcy

| In re: | | CHAPTER **13** |
|---|---|---|
| **Felix D. Gonzalez** | Debtor(s). | CASE NUMBER **2:10-bk-26013** |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**SERVED BY U.S. MAIL:**

BAC Home Loans Servicing, LP
President and CEO/Ken Lewis
1757 Tapo Canyon Road
Mail Stop: CA 6-913-LB-11
Simi Valley, CA 93063
7004(h) Officer of Service

BAC Home Loans Servicing, LP c/o
C T CORPORATION SYSTEM (C0168406)
4500 Park Granada
Calabasas, Ca 91302
7004(b)(3) Agent of Service

Nancy K. Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 1850
Los Angeles, CA 90014

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com     Best Case Bankruptcy