Yoon-Mi Ko (Bar No. 253594)
LEE, LAU & KO, ATTORNEYS AT LAW
5670 Wilshire Boulevard, Suite 720
Los Angeles, California 90036
Telephone: 213.605.0200
Facsimile: 213.947.1411
yko@llkattorneys.com

Attorneys for Debtor Felix D. Gonzalez

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>FELIX D. GONZALEZ,<br>    Debtor<br>_____<br>FELIX D. GONZALEZ,<br>    Movant,<br>vs.<br>BAC HOME LOANS SERVICING, LP, Its Heirs, Successors, and Assigns,<br>    Respondents. | Case No.: 2:10-bk-26013-VK<br>Chapter 13<br>**DECLARATION OF FELIX D. GONZALEZ IN SUPPORT OF MOTION FOR VALUATION OF DEBTOR'S RESIDENCE AND AVOIDANCE OF JUNIOR TRUST DEED**<br><br>Date: June 2, 2010<br>Time: 2:30pm<br>Court: Courtroom 1675<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

I, FELIX D. GONZALEZ, hereby declare under the penalties of perjury under the laws of the United States of America, that the following is true and correct:

1. I am an adult over the age of eighteen years and am a resident of Los Angeles County. If called as witnesses, I could and would competently testify to the herein facts in support of this MOTION FOR VALUATION OF DEBTOR'S RESIDENCE AND AVOIDANCE OF JUNIOR TRUST DEED. I have personal knowledge of each and every fact herein. I know all matters herein to be true, except as to those matters stated under information and belief, and as to those matters, I believe them to be true.

2. My principal residence, as the term is defined under 11 USC 101(13A), is located at 1403

1. Cedaredge Ave., Los Angeles, CA 90041 ("Residence").

3. The servicer of my Junior Trust Deed is BAC Home Loans Servicing, LP ("BAC") in the amount of $135,402.47 as of the date of filing. A true and correct copy of BAC's Monthly Statement dated March 30, 2010 is attached hereto as **Exhibit A**.

4. My Residence is encumbered by a First Deed of Trust in the approximate amount of $640.138.78. A true and correct copy of BAC's Monthly Statement dated April 16, 2010 is attached hereto as **Exhibit B**.

5. According to an appraisal performed by Peachtree Appraisal, as of April 7, 2010, my Residence was valued at $621,000 ("April 7, 2010 Appraisal"). A true and correct copy of the April 7, 2010 Appraisal is attached hereto as **Exhibit C**.

Respectfully submitted,

/s ecf Felix Gonzalez

DATED: April 27, 2010

_____
Felix D. Gonzalez, Chapter 13 Debtor

2

# EXHIBIT A



**2nd Balloon-7746**
1403 CEDAREDGE AVE

---

**Monthly Statement – March 30, 2010**                    Print this page    Return to Account Details

To view any activity since your last statement please select Transaction History

**Next Payment Due**

03/01/2009                    $16,898.80                    Payment Option Details

Your monthly statement was mailed on 04/02/2010

**Home Loan Summary**

| Home Loan Overview as of 03/30/2010 | | Amount Due on 04/01/2010 as of 03/30/2010 | |
|---|---|---|---|
| Principal Balance: | $135,402.47 | *Home Loan Payment: | $1,304.31 |
| Escrow Balance: | $0.00 | Past Due Amount: | $15,414.49 |
| Interest paid-to-date: | 02/01/2009 | Fees Due: | $180.00 |
| Late Charge if payment received after 04/16/2010: | $59.29 | Late Charge (Included in the Home Loan Payment Due): | $118.58 |
| | | After 04/16/2010 with Late Payment: | $1,363.60 |

*Payments will be applied first to the interest accrued up to the date of payment and then to the principal balance.

**Home Loan Details**

| Monthly Payment Breakdown as of 03/30/2010 | | Loan Type and Term | |
|---|---|---|---|
| Principal and Interest Payment: | $1,185.73 | Loan Type | F |
| Total Monthly Home Loan Payment: | $1,304.31 | Current Interest Rate | 9.600% |

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

**Escrow Account Expenses**

| Principal | Payee | Policy No./Tax ID | Frequency | Next Due Date | Amount Due |
|---|---|---|---|---|---|
| Homeowners insurance | ALLSTATE INSURANCE CO | 914442514 | Annual | 08/26/2010 | $1,322.00 |

We are responsible for the payment of the previous escrow items with the exception of the items marked with an asterisk(*). The payment of the items marked with an asterisk (*) are the responsibility of the homeowner.

**Home Loan Activity Since Your Last Statement**

| Date | Description | Principal | Number of Days Interest Paid | Interest | Escrow | Total |
|---|---|---|---|---|---|---|
| | There was no activity on your account for the period covered in this statement. | | | | | |

**Credit Reporting Notice:**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

**Secure Area**
Accounts    Bill Pay    Transfers    Investments    Customer Service
Privacy & Security    Locations    Alerts    Mail    Help    Site Map    Sign Off

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders
© 2010 Bank of America Corporation. All rights reserved.

# EXHIBIT B


**Bank of America**

**Fixed Interest Only-5574**
1403 CEDAREDGE AVENUE

---

**Monthly Statement – April 16, 2010**                          Print this page    Return to Account Details

To view any activity since your last statement please select Transaction History
To view payment breakdown for your loan please select Payment Option Details

**Your Payment Choices This Month**

05/01/2010                                                                        Pay Now

                                          Total Payment Amount**

Amortization Payment Choice               $4,653.41
15-Year Amortized Payment Choice          $7,061.49
Interest-Only Payment                     $3,829.41

**Outstanding late charges up to $400 may be reflected in the total payment amount.

**Home Loan Summary**

Home Loan Overview as of 04/16/2010                 Amount Due on 05/01/2010 as of 04/16/2010

Principal Balance:      $640,138.78              *Home Loan Payment:   $3,829.41
Escrow Balance:         $1,207.84                Escrow Due:           $631.05
Interest paid-to-date:  04/01/2010               Fees Due:             $611.52
Late Charge if payment received                  After 05/16/2010 with Late
after 05/16/2010:       $160.03                  Payment:              $3,989.44

*Payments will be applied first to the interest accrued up to the date of payment and then to the principal balance.

**Home Loan Details**

Monthly Payment Breakdown as of 04/16/2010          Loan Type and Term

*Home Loan Payment:     $3,200.69                Loan Type              F
Escrow Payment Amount:  $628.72                  Current Interest Rate  6.000%
Total Monthly Home Loan
Payment:                $3,829.41                Upcoming Dates

                                                 Scheduled Escrow Account
                                                 Review                 03/2010

We may charge you a fee for any payment returned or rejected by your financial institution, subject to applicable law.

**Escrow Account Expenses**

| Principal | Payee | Policy No./Tax ID | Frequency | Next Due Date | Amount Due |
|---|---|---|---|---|---|
| Homeowners insurance | ALLSTATE INSURANCE CO | 914442514 | Annual | 08/26/2010 | $1,322.00 |
| County taxes | LOS ANGELES COUNTY TAX COLLECT | 5691014025 | Annual | 11/30/2010 | $3,752.80 |
| County taxes | LOS ANGELES COUNTY TAX COLLECT | 5691014025 | Annual | 03/31/2011 | $3,752.80 |

We are responsible for the payment of the previous escrow items with the exception of the items marked with an asterisk(*). The payment of the items marked with an asterisk (*) are the responsibility of the homeowner.

**Home Loan Activity Since Your Last Statement**

| Date | Description | Principal | Number of Days Interest Paid | Interest | Escrow | Total |
|---|---|---|---|---|---|---|
| 03/30/2010 | County tax pmt | $0.00 | 0 | $0.00 | ($3,752.80) | ($3,752.80) |
|  | Ending Balance | $640,138.78 |  |  | $1,207.84 |  |

**Credit Reporting Notice:**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Secure Area**

Accounts   Bill Pay   Transfers   Investments   Customer Service
Privacy & Security   Locations   Alerts   Mail   Help   Site Map   Sign Off

Bank of America, N.A. Member FDIC. Bank of America, N.A. and BAC Home Loans Servicing, LP, a subsidiary of Bank of America, N.A., are Equal Housing Lenders
© 2010 Bank of America Corporation. All rights reserved.