Yoon-Mi Ko (Bar No. 253594)
LEE, LAU & KO, ATTORNEYS AT LAW
5670 Wilshire Boulevard, Suite 720
Los Angeles, California 90036
Telephone: 213.605.0200
Facsimile: 213.947.1411
email: yko@llkattorneys.com

Attorneys for Debtor Felix D. Gonzalez

**FILED & ENTERED**

**JUN 30 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: 2:10-bk-26013-VK |
|---|---|
| FELIX D. GONZALEZ | Chapter 13 |
| Debtor. | **ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY** |
| | Date:   June 2, 2010<br>Time:   2:30 pm<br>Place:   Courtroom 1675<br>              255 E. Temple Street<br>              Los Angeles, CA 90012 |

A hearing regarding the "Motion for Valuation of Debtor's Residence and Avoidance of Junior Trust Deed" (the "Motion") filed by Felix D. Gonzalez (the "Debtor") was held at the above-referenced date and time; appearances were as stated on the record.  Having reviewed the Motion and all papers submitted in support thereof; no opposition thereto having been filed; and good cause appearing therefor, it is hereby:

ORDERED, that the claim secured by the second deed of trust against the real property described in the Motion (the "Property") will be treated as an unsecured nonpriority claim pursuant to the provisions of the Debtor's chapter 13 plan and any Court-approved modifications thereto (the "Plan"), such that the claim will be paid pro rata with other allowed unsecured nonpriority claims; and it is further

ORDERED, that upon the completion of all payments under the Plan and upon entry of a

discharge pursuant to 11 U.S.C. § 1328 in this case, the lien arising from the second deed of trust

against the Property will be void and will not constitute an encumbrance on the Property; and it is

further

ORDERED, that the beneficiary of the second trust deed will retain its lien against the

Property to the extent recognized by applicable nonbankruptcy law unless and until the Debtor fully

performs under the Plan and the Debtor receives a discharge pursuant to 11 U.S.C. § 1328.


##

DATED: June 30, 2010

United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: Lee, Lau & Ko, Attorneys at Law.  5670 Wilshire Blvd., Suite 720, Los Angeles, CA 90036.

A true and correct copy of the foregoing document described <u>ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On <u>April 28, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

BAC Home Loans Servicing, LP – U.S. MAIL
President and CEO/Ken Lewis
1757 Tapo Canyon Road
Mail Stop: CA 6-913-LB-11
Simi Valley, CA 93063
7004(h) Officer of Service

BAC Home Loans Servicing, LP c/o – U.S. MAIL
C T CORPORATION SYSTEM (C0168406)
4500 Park Granada
Calabasas, Ca 91302
7004(b)(3) Agent of Service

Nancy K. Curry., Chapter 13 Trustee – U.S. MAIL
606 S. Olive Street, Suite 1850
Los Angeles, CA 90014

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/27/10 | Yoon-Mi Ko | /s ecf Yoon-Mi Ko |
|---------|------------|-------------------|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) <u>ORDER GRANTING MOTION TO VALUE REAL PROPERTY AND TO STAY PAYMENTS REGARDING LIEN ENCUMBERING REAL PROPERTY</u> was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>6/29/2010</u> the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

DEBTOR'S ATTORNEY: Yoon-Mi Ko, yko@llkattorneys.com
CHAPTER 13 TRUSTEE: Nancy K. Curry, ecfnc@trustee13.com
OFFICE OF THE UNITED STATES TRUSTEE: U.S. Trustee, ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

1

**ADDITIONAL SERVICE INFORMATION:**

2

**Debtor:**
Felix D. Gonzalez
1403 Cedaredge Ave.
Los Angeles, CA 90041

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28